**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000837
17-JUN-2021
08:03 AM
Dkt. 28 OAWST**

NOS. CAAP-19-0000551 AND CAAP-19-0000837

IN THE INTERMEDIATE COURT OF APPEALS

STATE OF HAWAIʻI


MICHAEL C. GREENSPON, Plaintiff-Appellee, v.
PROMMIS HOLDINGS, LLC; EC CLOSING CORP.,
formerly known as CAL-WESTERN RECONVEYANCE CORP.;
OLD ALABAMA CLOSING CORP., formerly known as
PROMMIS SOLUTIONS HOLDING CORP., Defendants-Appellees,
and
DOES 1-50, Defendants
(CIVIL NO. 14-1-0018(2))

AND

AIG SPECIALTY INSURANCE CO., Plaintiff-Appellant, v.
MICHAEL C. GREENSPON, Defendant-Appellee,
and
MICHAEL C. GREENSPON, Third-Party Plaintiff-Appellee, v.
PROMMIS SOLUTIONS HOLDING CORP., now known as
OLD ALABAMA CLOSING CORP., Third-Party Defendants-Appellees,
and DOES 10-30, Third-Party Defendants
(S.P. NO. 19-1-0015(2))

APPEALS FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEALS
(By: Leonard, Presiding Judge, and Hiraoka and Wadsworth, J.)


Upon consideration of the Stipulation and Order for
Dismissal of Appeal, filed June 9, 2021, by Non-Party/Plaintiff-
Appellant AIG Specialty Insurance Co., the papers in support, and
the record, it appears that (1) the appeals have been docketed;
(2) the parties stipulate to dismiss the appeals with prejudice
and bear their own attorneys' fees and costs; (3) the stipulation
is signed by counsel for all parties appearing in the appeals and

all parties appearing self-represented;[1] and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeals are dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 17, 2021.

/s/ Katherine G. Leonard
Presiding Judge


/s/ Keith K. Hiraoka
Associate Judge


/s/ Clyde J. Wadsworth
Associate Judge

---

[1]    The remaining parties have not appeared in, and thus appear to assert no interest in the outcome of, the appeals.  See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 2.1(b) (defining "nominal appellee").